IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RANEY SIMMONS (#164517), | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. 1:20-cv-0169-TFM-B |
| | ) |
| KEVIN HARRELSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE** and **ORDERED** this 18th day of May, 2021.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE